| | | | |
|---|---|---|---|
| | AUSA: | Christopher Rawsthorne | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Adam Christensen | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Collin Patrick Valenti

Case No.  Case: 2:21−mj−30584
Assigned To : Unassigned
Assign. Date : 12/9/2021
Description: CMP USA v. VALENTI (SO)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 7 and December 8, 2021 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) & (e), 2252A(a)(2)(A), 2252A (a)(5)(B) | Production and attempted production, receipt, distribution, and possession of child pornography |
| 18 U.S.C. 2422(b) | Coercion and enticement of a minor |

This criminal complaint is based on these facts:
See attached AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Adam Christensen, Special Agent (FBI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: December 9, 2021

*Judge's signature*

City and state: Detroit, Michigan

Hon. Jonathan J.C. Grey, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT AND ARREST WARRANT

I, Adam Christensen, having been first duly sworn, do hereby depose and state as follows:

### I.    INTRODUCTION

1.     I have been employed as a Special Agent of the FBI since 2010, and am currently assigned to the Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to child exploitation, and child pornography. I have gained experience through training and everyday work relating to conducting these types of investigations. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252A, and 2422 and I am authorized by the Attorney General to request an arrest warrant.

2.     This affidavit is made in support of an application for a criminal complaint and arrest warrant for Collin Patrick Valenti for violations of 18 U.S.C. §§ 2251 (a) and (e) (production or attempt to produce child pornography), 2252A(a)(2)(A) (receipt and distribution of child pornography), 2252A(a)(5)(B) (possession of child pornography), and 2422(b) (coercion and enticement of a minor).

1

3.      The statements contained in this affidavit are based in part on: written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation and analysis by law enforcement officers/analysts and computer forensic professionals; and my experience, training and background as a Special Agent (SA) with the FBI.  Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation.  Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Valenti has violated Title 18 U.S.C. §§ 2251 (a) and (e), 2252A(a)(2)(A), 2252A(a)(5)(B), and 2422(b).

## II.      SUMMARY OF INVESTIGATION

4.      On December 7, 2021, an FBI online covert employee (OCE) was logged into the smartphone application Kik, a free Internet based mobile application that permits users to send messages to other users.  The FBI OCE began a conversation with a Kik user with username patrickdiaperstar, later determined to be Valenti. Valenti claimed to be 23 years old and that he was a father of a 4 year old female. Valenti did not want to share images of his daughter on Kik and requested that the conversation occur on Snapchat.

5.      The target provided his Snapchat username as Sam_love4402.  The FBI OCE then had a conversation with Valenti over Snapchat (with the target using

Sam_love4402) in which the Valenti claimed that he sexually assaults his daughter when she is sleeping. When asked how far he had gone sexually with his daughter, he stated, "Just rubbing lightly and when she asleep." Valenti then asked to trade images of his daughter for those of the FBI OCE. Valenti sent an image of what he claimed to be his daughter's bare buttocks, then an image close-up of her vagina. These images appear to be of a prepubescent minor.

6. The FBI OCE asked for an image that shows live access to the child, specifically two fingers held up near the head of the daughter. Valenti provided an image of a blonde minor female, less than six years old, with two fingers held up over her head in the background on December 8, 2021. Valenti stated that he had a video of himself ejaculating on his daughter while she was sleeping, but did not want to share it until the OCE was able to provide a similar video.

7. On December 8, 2021, further investigation of the accounts referenced above demonstrated that the IP Addresses used were associated with a residence in the Eastern District of Michigan. Records also indicated that Valenti was associated with that address.

8. I interviewed Valenti in March 2021 based on information that a link provided on Kik to an FBI OCE to a Mega download account containing child pornography was likely owned by Valenti. During the interview, Valenti denied possession of child pornography and denied having an account on Mega. He stated

3

that he had a fetish for adult diapers and would sometime receive child pornography while utilizing Kik to discuss this fetish with others, but denied wanting to view these images.

9. Based in part on the above information, a search warrant was authorized on December 8, 2021 in the Eastern District of Michigan for the Valenti's residence. Collin Valenti was present at the residence at the time of the search warrant execution. Valenti voluntarily agreed to be interviewed by the FBI.

10. During the interview Valenti stated that he had a fetish for diapers. This fetish had initially started when he was approximately 17 years old and had molested a three year old boy whom he had been babysitting on at least two occasions, fondling the child's penis while changing his diaper. Thereafter he talked to others sexually interested in diapers on various Internet based messaging applications. Valenti maintained a collection of child pornography images which he stated would be located on his tablet computer which was seized from the residence. He used these images in attempts to trade images from others, particularly of minor children in diapers or having their diapers changed, to include child pornography images with diapers in the image. Valenti talked to at least 50 individuals who claimed to be parents of children in attempt to produce child pornography images and had been successful at least twice in obtaining such images by his own admission.

11. Valenti admitted that he had used the Kik account patrickdiaperstar and the Snapchat account sam_love4402 to talk to a parent of an eight year old on December 7, 2021 and December 8, 2021. He told this user that he was 23 years old and that he had a 4 year old daughter. He sent an image of a prepubescent vagina to the user that he had obtained from the image sharing website Flickr and indicated that it was of his daughter. Valenti requested that the user share nude images of the user's daughter with him. He also admitted that he had stated that he had a video of himself ejaculating onto his 4 year old daughter, but denied actually having such a video.

12. Valenti had been notified by Snapchat earlier that day that his account had been terminated due to violation of their terms of service. Valenti had then deleted the Kik application from his smartphone which was also seized from his residence. He had also deleted the images, including the child pornography image, used in the conversation described above. Valenti also had a collection of images of minors in diapers on his phone which he also deleted.

13. Valenti also stated that approximately one year ago he had talked on Snapchat with a 16 year old boy. Valenti pretended to by a 14 year old girl in these conversations with the primary goal to obtain nude images of the minor boy. The minor boy did send nude images to Valenti and Valenti had sent nude images of a female to the boy in the effort to portray himself as a 14 year old girl.

## CONCLUSION

14. Based on the foregoing, there is probable cause to believe Collin Patrick Valenti has produced and attempted to produce child pornography in violation of Title 18 U.S.C. § 2251 (a) and (e), received child pornography, in violation of Title 18 U.S.C. § 2252A(a)(2)(A), possessed child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B), and coerced and enticed a minor, in violation of Title 18 U.S.C. § 2422(b).

Respectfully submitted,

Adam Christensen, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HON. JONATHAN J. C. GREY
UNITED STATES MAGISTRATE JUDGE

Date: December 9, 2021